BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, IDAHO 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1038

U.S. COURTS

FEB 11 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID OREBAUGH, WILLIAM MICHAEL HUSTON, SONYA K. SCHRAM,<br><br>Defendants. | Case No. CR 21-012 -S BLW<br><br>**INDICTMENT**<br><br>21 U.S.C §§ 841(a)(1), (b)(1)(A), (b)(1)B), (b)(1)(C), 846, and 853 |

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Distribute Methamphetamine**
**21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846**

Beginning on or about November 13, 2020, and continuing to on or about November 19, 2020, in the District of Idaho and elsewhere, the defendants, DAVID OREBAUGH, WILLIAM MICHAEL HUSTON, and SONYA K. SCHRAM, knowingly and intentionally combined,

**INDICTMENT - 1**

conspired, confederated and agreed together and with other persons, known and unknown to the Grand Jury, to commit the following offense against the United States: possession with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

### COUNT TWO

**Possession with Intent to Distribute Methamphetamine**
**21 U.S.C. § 841(a)(1), (b)(1)(A)**

On or about November 19, 2020, in the District of Idaho, the defendants, DAVID OREBAUGH, WILLIAM MICHAEL HUSTON, and SONYA K. SCHRAM, did knowingly and intentionally possess with the intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### CRIMINAL FORFEITURE ALLEGATION

**Drug Forfeiture**
**21 U.S.C. § 853**

Upon conviction of one or more of the offenses alleged in this Indictment, the defendants, DAVID OREBAUGH, WILLIAM MICHAEL HUSTON, and SONYA K. SCHRAM, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendant obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and

personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

1. <u>Cash Seizures</u>. Approximately $6,114.00 seized on November 19, 2020.

2. <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The defendants obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendants used to facilitate the offense (if facilitation is alleged), but based upon actions of the defendants, the property was transferred, diminished, comingled, or is otherwise unavailable.

3. <u>Substitute Assets</u>. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant(s)" up to the value of the defendants' assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided without difficulty.

All pursuant to Title 21, United States Code, Section 853.

//
//

Dated this 9th day of February, 2021.

                                                                A TRUE BILL

                                                                 */s/ [signature on reverse]*

                                                                 Foreperson

BART M. DAVIS
United States Attorney
By:

[signature]

Christian S. Nafzger
Assistant United States Attorney