# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** David Orebaugh | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** Craig Durham | |
| Address: 223 N. 6th Street, Ste. 325, Boise, ID 83712 | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Notice (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: 208-724-2617 | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Joel Garcia | **INTERPRETER:** No |
| Telephone No.: (208) 761-9180 | If YES, language: |
| **AGENCY:** DEA | |
| **CASE INFORMATION:** Related Cases: William Huston (1:20-mj-00322-CWD), Sonya Schram (1:20-mj-00326-CWD) | **RELATED COMPLAINT:** Yes  **CASE NUMBER:** 1:20-mj-00325-CWD |

U.S. COURTS
FEB 11 2021
Revd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Canyon |
| Class A Misdemeanor: | No | Estimated Trial Time: | 5 days |
| Class B or C Misdemeanor (Petty Offense): | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 | ONE | Conspiracy to Distribute Methamphetamine | Imprisonment for at least 10 years and not more than life and/or a $10,000,000 fine, $100 special assessment; at least 5 years supervised release |
| 21 U.S.C. § 841(a)(1), (b)(1)(A) | TWO | Possession with Intent to Distribute Methamphetamine | Imprisonment for at least 10 years and up to life; at least 5 years supervised release; $10,000,000 fine; and $100 special assessment |
| 21 U.S.C. § 853 | FORFEITURE | Drug Forfeiture | Forfeiture of property listed |

Date: February 9, 2021   Assistant U.S. Attorney: CHRISTIAN N. NAFZGER  CNA
Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **William Michael Huston** | JUVENILE: No |
| DEFENSE ATTORNEY: John M. Howell | **CR 21-012 -S BLW** |
| Address: PO Box 9756, Boise, ID 83707 | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Notice (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: 208-577-5100 | ISSUE: Yes |
| INVESTIGATIVE AGENT: Joel Garcia | INTERPRETER: No |
| Telephone No.: (208) 761-9180 | If YES, language: |
| AGENCY: DEA | |
| CASE INFORMATION: Related cases: David Orebaugh (1:20-mj-00325-CWD) Sonya Schram (1:20-mj-00326-CWD) | RELATED COMPLAINTS: Yes CASE NUMBERS: 1:20-mj-00322-CWD |

U.S. COURTS
FEB 11 2021
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: **Yes** | | County of Offense: **Canyon** | |
| Class A Misdemeanor: **No** | | Estimated Trial Time: **5 days** | |
| Class B or C Misdemeanor: **No** (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 | ONE | Conspiracy to Distribute Methamphetamine | Imprisonment for at least 10 years and not more than life and/or a $10,000,000 fine, $100 special assessment; at least 5 years supervised release |
| 21 U.S.C. § 841(a)(1), (b)(1)(A) | TWO | Possession with Intent to Distribute Methamphetamine | Imprisonment for at least 10 years and up to life; at least 5 years supervised release; $10,000,000 fine; and $100 special assessment |
| 21 U.S.C. § 853 | FORFEITURE | Drug Forfeiture | Forfeiture of property listed |

Date: February 9, 2021         Assistant U.S. Attorney: CHRISTIAN N. NAFZGER CSN
                                Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Sonya K. Schram** | JUVENILE: No |
| DEFENSE ATTORNEY: Melissa Winberg | |
| Address: 702 W. Idaho St, Ste 1000 Boise, ID 83702 | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: 208-331-5500 | ISSUE: Yes |
| INVESTIGATIVE AGENT: Joel Garcia | INTERPRETER: No |
| Telephone No.: (208) 761-9180 | If YES, language: |
| AGENCY: Drug Enforcement Administration | |
| CASE INFORMATION: Related Cases: William Huston (1:20-mj-00322-CWD)  David Orebaugh (1:20-mj-00325-CWD) | RELATED COMPLAINT: yes CASE NUMBER: 1:20-mj-00326-CWD |

U.S. COURTS

FEB 11 2021

Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Canyon** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **5 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 | ONE | Conspiracy to Distribute Methamphetamine | Imprisonment for at least 10 years and not more than life and/or a $10,000,000 fine, $100 special assessment; at least 5 years supervised release |
| 21 U.S.C. § 841(a)(1), (b)(1)(A) | TWO | Possession with Intent to Distribute Methamphetamine | Imprisonment for at least 10 years and up to life; at least 5 years supervised release; $10,000,000 fine; and $100 special assessment |
| 21 U.S.C. § 853 | FORFEITURE | Drug Forfeiture | Forfeiture of property listed |

Date: February 9, 2021    Assistant U.S. Attorney: CHRISTIAN N. NAFZGER CSN
Telephone No.: (208) 334-1211